PROB 35  
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

## SOUTHERN DISTRICT OF CALIFORNIA

FILED  
2009 JUN -8 PM 12: 54

UNITED STATES OF AMERICA

v.

Maria Guadalupe VELASQUEZ

Crim. No.  06CR00573-001-GT

On  October 17, 2006  the above named was placed on probation/supervised release for a period of  3  years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

Deputy Chief Probation Officer  
Trisha K. Yamauchi

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from and that the proceedings in the case be terminated.

Dated  6-1-09  day of  June 1st , 20 09 .

Senior United States District Judge  
The Honorable Gordon Thompson, Jr.